UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHARLES ALLEN RANKIN,

Plaintiff,

v.

ELDON K. MCDANIEL, et al.,

Defendants.

Case No. 2:17-cv-02156-RFB-NJK

ORDER

## I. DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated at High Desert State Prison and has been released from the custody of the Nevada Department of Corrections. Plaintiff has not filed an updated address notification with the Court. A *pro se* party "must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney." LR IA 3-1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* No later than **July 16, 2018**, Plaintiff must file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before **July 16, 2018**, the Court will dismiss this action without prejudice.

In addition, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1, 3). The Court now ORDERS Plaintiff to either file an application

1

to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $400, no later than **July 16, 2018**. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

II. **CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff shall file his updated address with the Court no later than **July 16, 2018**. If Plaintiff fails to timely comply with this order, the Court may dismiss this case without prejudice.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than **July 16, 2018**, within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400. If Plaintiff does not timely comply with this order, the Court may dismiss this case without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED THIS 14th day of June, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE